IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:03-cr-00041-MP-AK

LINSOME A. BOYD,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 673, Motion for Extension of Time to File Objections to Report and Recommendation, filed by Defendant Linsome Boyd. In his motion, Defendant states that the Magistrate's Report was initially mailed to the wrong address, and that it was only recently forwarded to him. Because of this delay, Defendant requests a thirty-day extension of the deadline in which to file his objections. This request is granted, and Defendant Boyd shall file his objections to the Magistrate's Report on or before May 12, 2008.

    **DONE AND ORDERED** this  _9th_ day of April, 2008

                      *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge