IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 1:03-cr-00041-MP-AK

LINSOME A. BOYD,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on the Defendant Boyd's motion to proceed *in forma pauperis* on appeal. Doc. 704. Under Fed. R. App. P. 24(a)(1), a party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court, including an affidavit listing the information set out in Fed. R. App. P. 24(a)(1)(A)-(C). The Defendant has done so. However, the Court, under Fed. R. App. P. 24(a)(4) may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*.

As set out in the order at Doc. 685, Defendant's sentence was reduced in accordance with the amendments to the sentencing Guidelines. Although the Court had the discretion to reduce Defendant's sentence below the amended Guideline range, after considering the sentencing factors under 18 U.S.C. § 3553, the Court found that only a reduction comparable to the original sentence was warranted. Since this decision was within the discretion of the Court, Defendant cannot show any merit for his appeal. Accordingly, the Court hereby certifies that the appeal is not taken in good faith. The motion to proceed *in forma pauperis* on appeal, Doc. 704, is therefore denied.

*Page 2 of 2*

**DONE AND ORDERED** this   *19th* day of June, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
