IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00041-MP-AK

LINSOME A. BOYD,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 691, Motion to Reduce Sentence, filed by Defendant Linsome A. Boyd. Previously, Defendant filed a motion for appointment of counsel, which the Court construed as a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Doc. 666. After the enactment of Amendments 706 and 711 to the United States Sentencing Guidelines ("Guidelines"), Defendant's Total Offense Level decreased to level 31. Upon consideration, the Court granted Defendant's motion to reduce sentence and decreased Defendant's sentence from 120 months of incarceration to 108 months of incarceration. Doc. 685. That order was signed on May 9, 2008, and entered on May 14, 2008. Apparently without knowledge that the motion had been granted, Defendant filed the instant motion to reduce sentence on May 14, 2008. Because Defendant's second motion includes, for the first time, a memorandum of law in support of Defendant's motion to reduce sentence, the Court construes Defendant's motion as a motion for reconsideration.

As stated above, Defendant's sentence was reduced upon consideration of the changes to Defendant's Total Offense Level resulting from the enactment of Amendments 706 and 711 to the Guidelines. Defendant's revised sentence falls at the bottom of the recalculated Guideline

range. The Court sees no reason to reconsider its previous order. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to reduce sentence at Doc. 691 is construed as a motion for reconsideration and is DENIED.

**DONE AND ORDERED** this   *2nd* day of October, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge